UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE SAPP,

      Plaintiff,

vs.                                                Case No. 2:07-cv-10827
                                                Hon. Arthur J. Tarnow

AMERICAN STEAMSHIP COMPANY,

      Defendant,
_____/

| O'BRYAN BAUN COHEN KUEBLER | GARAN LUCOW MILLER, P.C. |
|---|---|
| Howard Cohen, P-41346 | Thomas W. Emery, P-32953 |
| 401 S. Old Woodward, Suite 320 | Attorney for Defendant |
| Birmingham, MI 48009 | 1000 Woodbridge Street |
| (248) 258-6262 | Detroit, MI 48207-3192 |
| e-mail: dob@obryanlaw.net | (313) 446-5525 |
|  | e-mail: temery@garanlucow.com |

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

      Plaintiff, **WAYNE R. SAPP** and **AMERICAN STEAMSHIP COMPANY,** by and through their respective counsel, undersigned, hereby stipulate to entry of an Order of Dismissal of this matter With Prejudice and Without Costs as to either party.

| *s/ Howard Cohen* | *s/ Thomas W. Emery* |
|---|---|
| HOWARD COHEN, P-41346 | THOMAS W. EMERY, P-32953 |
| Attorney for Plaintiff | Attorney for Defendant |
| 401 S. Old Woodward, Ste. 320 | 1000 Woodbridge Street |
| Birmingham, MI 48009 | Detroit, MI 48207-3192 |
| (248) 352-7777 | (313) 446-1530 |
| E-mail: hcohen@obryanlaw.net | E-Mail: temery@garanlucow.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE SAPP,

      Plaintiff,

vs.                                                    Case No. 2:07-cv-10827
                                                    Hon. Arthur J. Tarnow

AMERICAN STEAMSHIP COMPANY,

      Defendant,
_____/

| O'BRYAN BAUN COHEN KUEBLER | GARAN LUCOW MILLER, P.C. |
|---|---|
| Howard Cohen, P-41346 | Thomas W. Emery, P-32953 |
| 401 S. Old Woodward, Suite 320 | Attorney for Defendant |
| Birmingham, MI 48009 | 1000 Woodbridge Street |
| (248) 258-6262 | Detroit, MI 48207-3192 |
| e-mail: dob@obryanlaw.net | (313) 446-5525 |
| | e-mail: temery@garanlucow.com |

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court on Stipulation of the parties;

**IT IS HEREBY ORDERED**; this matter be and same is hereby dismissed With Prejudice and Without Costs as to either party.

                                                                       s/Arthur J. Tarnow
                                                                    **JUDGE ARTHUR J. TARNOW**

**Dated: April 21, 2008**                                               **U.S. DISTRICT COURT JUDGE**

Document #Sapp, Stip and Order.wpd